ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA        :

        - v -                                    :        AFFIRMATION

ARON ROSNER,                            :        18 Mag. 10939

        Defendant.                         :
-------------------------------------------------------x

STATE OF NEW YORK                     )
COUNTY OF WESTCHESTER       : ss.:
SOUTHERN DISTRICT OF NEW YORK  )

    Samuel Adelsberg, under penalty of perjury, hereby affirms as follows:

    1. I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for an initial order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

    2. ARON ROSNER, the defendant, was charged with violations of 18 U.S.C. § 1201 & 2, in a complaint dated December 24, 2018. The defendant was presented before Magistrate Judge Lisa M. Smith on December 24, 2018, and the defendant was detained.

    3. Henry Mazurek, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing. The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

    4. On January 19, 2019, Ms. Brody, who is in contact with each defendant's defense counsel, agreed by phone on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

5.  For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

6.  Pursuant to Title 28, United States Code, Section 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on January 23, 2019.

Samuel Adelsberg
Assistant United States Attorney